UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VICTOR ALBAUM,<br><br>    Plaintiff,<br><br>    v.<br><br>MILLBRAE PARADISE OWNERS ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 17-cv-01087-EMC (SK)<br><br>**ORDER TO SHOW CAUSE** |

On June 19, 2017, the undersigned notified the parties and counsel of record that the Court would hold a telephonic Scheduling Conference on June 27, 2017. (Dkt. 29) Plaintiff's counsel failed to appear. (Dkt. 30.) Counsel for all defendants other than Derrick Lee appeared. (Dkt. 30.) Counsel for defendant Derrick Lee failed to appear. (Dkt. 30.) The Court rescheduled the telephonic Scheduling Conference on June 30, 2017. (Dkt. 30) Again, Plaintiff's counsel failed to appear. Counsel for all defendants appeared on June 30, 2017. (Dkt. 35.)

The Court notes that Plaintiff's counsel filed a motion to withdraw one day after the initial call and that the District Court has not yet ruled on the motion to withdraw. (Dkt. 31.) Plaintiff's counsel is admonished that Plaintiff's counsel remains counsel in this matter until the District Court rules on that pending motion to withdraw. Counsel for defendant Derrick Lee is admonished that failure to appear before the Court may lead to sanctions in the future.

Therefore, the Court HEREBY ORDERS Plaintiff's counsel to show cause why sanctions in the amount of $500 should not be imposed. Although failure to appear one time may be excused or explained, failing to appear twice may not be excused. Plaintiff's counsel shall respond in writing by no later than July 12, 2017. This sanction, if imposed, would be paid by counsel personally, and not by Plaintiff.

**IT IS SO ORDERED**.

Dated: July 5, 2017



SALLIE KIM
United States Magistrate Judge