1  Michael B. Allen, Esq., SBN. 81550
   Grant H. Baker, Esq., SBN. 237279
2  Assaad M. Stephan, Esq., SBN. 246183
   MICHAEL B. ALLEN LAW GROUP, INC.
3  66 Bovet Road, Suite 250
   San Mateo, California 94402
4  Telephone: (650) 347-5000
   Facsimile: (650) 340-6350
5

Attorney for Defendants
6  MILLBRAE PARADISE OWNERS ASSOCIATION,
   AGH REALTY GROUP CORP.,
7  GEORGE LAM, and SUZANNE LO

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALBAUM<br><br>Plaintiff,<br><br>vs.<br><br>MILLBRAE PARADISE OWNERS ASSOCIATION, a California Corporation; AGH REALTY GROUP CORP., a California Corporation; GEORGE LAM; SUZANNE LO; DERRICK LEE<br><br>Defendants. | Case No. 17-CV-01087-EDL<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL** |

Plaintiff Victor Albaum and Defendants Millbrae Paradise Owners Association, AGH Realty Group Corp., George Lam, Suzanne Lo and Derrick Lee hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

| | | |
|---|---|---|
| 1 | Dated: May 18, 2018 | MICHAEL B. ALLEN LAW GROUP, INC. |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | GRANT H. BAKER, ESQ.<br>Attorney for Defendants |
| 5 | | MILLBRAE PARADISE OWNERS<br>ASSOCIATION, AGH REALTY GROUP CORP.,<br>GEORGE LAM, and SUZANNE LO |
| 6 | | |
| 7 | Dated: May 24, 2018 | Law Offices of Cesari, Werner, and Moriarty |
| 8 | | |
| 9 | | By: *[signature]* for IFT |
| 10 | | Ian Fraser-Thomson /Arlen Litman-Cleper<br>Attorney for Defendant Derrick Lee |
| 11 | | |
| 12 | Dated: May ___, 2018 | In Pro Per |
| 13 | | |
| 14 | | By: *[signature]* |
| 15 | | Victor Albaum<br>Plaintiff |

IT IS SO ORDERED.   All hearings and deadlines are vacated.

Dated: May 22, 2018

_____
Honorable Edward M. Chen
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*